IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARGARET LISAC,

    Plaintiff,                      Civil Action No.: 2:21-cv-00054-JFC

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

### ORDER

AND NOW, this  16th  day of   March  , 2021, upon consideration of Plaintiff's Motion for Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to Federal Rule of Civil Procedure 41 (a)(2), this action is dismissed with prejudice and without costs pursuant to the parties' settlement.

                                  BY THE COURT:

                                  s/Joy Flowers Conti
                                  Hon. Joy Flowers Conti,
                                  Senior U.S. District Judge